IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01872-WYD-CBS

VITO JOSEPH KERSHAW,

    Plaintiff,

v.

J. GRAYSON ROBINSON, Sheriff,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2009

GREGORY C. LANGHAM
                CLERK

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated this <u>18th</u> day of September, 2009.

BY THE COURT:

<u>s/ Wiley Y. Daniel</u>
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01872-WYD-CBS

Vito Joseph Kershaw
Prisoner No. 138630
Prisoner No. 20080011265
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80115-4918

US Marshal Service
Service Clerk
Service forms for: J. Grayson Robinson

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on J. Grayson Robinson: COMPLAINT FILED 8/07/09, ORDER FILED 9/15/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/21/09.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk