## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 09-cv-01872-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 16, 2010 | Courtroom Deputy: Linda Kaoe |

| | |
|---|---|
| VITO JOSEPH KERSHAW, | *Pro se (via phone)* |
| Plaintiff, | |
| v. | |
| J. GRAYSON ROBINSON, | Breena N. Meng |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 9:57 a.m.
Court calls case. Appearances of counsel. *Also present is Mark Hoff, intern for the Arapahoe County Attorney's Office.*

Discussion regarding Plaintiff's Motion for Order for Trial Date and Ms. Meng to Comply With Discovery Process or Be Sanctioned, doc #[56], filed 7/1/2010.

**ORDERED:** Plaintiff's Motion for Order for Trial Date and Ms. Meng to Comply With Discovery Process or Be Sanctioned, doc #[56] is **DENIED as MOOT.**

Discussion regarding Plaintiff's Motion for Rule 57 Declaratory Judgment and Rule 54C, doc #[63], filed 7/14/2010.

**ORDERED:** Plaintiff's Motion for Rule 57 Declaratory Judgment and Rule 54C, doc #[63], is **DENIED WITHOUT PREJUDICE**. The Motion does not comply with Chief Judge Daniel's Practice Standards, and the Motion does not comply with Local Rule 7.1 .

The court explains summary judgment.

**ORDERED:** Plaintiff shall file a Response to Defendant Robinson's Motion for Summary Judgment, doc #[60], on or before **AUGUST 13, 2010.**

**ORDERED:** Plaintiff shall file a Motion for Summary Judgment on or before **AUGUST 13, 2010.**

The court advises Mr. Kershaw that he has an obligation to notify the court and defense counsel of his current address.


HEARING CONCLUDED.

**Court in recess**:  **10:44 a.m.**
Total time in court:  00:47